IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HARRY SMITH                                                                                       PLAINTIFF

VS.                                                              CIV. NO.   3:19-cv-402 DPJ-FKB

WILLOW WOOD APARTMENTS TC, L.P.,
AND JOHN DOES I-V                                                                           DEFENDANTS

## NOTICE OF REMOVAL

COMES NOW Defendant Willow Wood Apartments TC, L.P., reserving all defenses available to it under the Federal Rules of Civil Procedure and/or the Mississippi Rules of Civil Procedure, pursuant to 28 U.S.C. §§ 1441 and 1446 and hereby gives notice of the removal of this action from the Circuit Court of Yazoo County, Mississippi to the United States District Court for the Southern District of Mississippi, Northern Division. The following is a short and pain statement of the grounds for removal.

.1.   This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332 (a)(1). Removal is permitted under 28 U.S.C. §§ 1441 and 1446.

2.   On February 20, 2019, Plaintiff filed his Complaint in the Circuit Court of Yazoo County, Mississippi styled, "Harry Smith v. Willow Wood Apartments RP, L.P. and John Does I-V". Prior to an Answer being filed, Plaintiff amended his Complaint to name Willow Wood Apartments, TC, L.P. This Amended Complaint was served on Willow Wood Apartments TC, L.P. on May 10, 2019. Copies of all process, papers and pleadings presently filed in this case in the Circuit Court of Yazoo County, Mississippi are attached hereto as Exhibit "A."

In his Complaint, the Plaintiff seeks damages against the Defendant as the result of the alleged shooting of the Plaintiff at the Willow Wood Apartments in Yazoo City, Yazoo County, Mississippi. In his Amended Complaint, the Plaintiff seeks damages in excess of $3,000,000.00.

3. The United States District Court for the Southern District of Mississippi, Northern Division is the District and Division embracing the place where the action is pending. 28 U.S.C. § 104(b)(1).

4. Complete diversity of citizenship exists between the Plaintiff and all properly joined and served Defendants.

   a. The Plaintiff is identified as a resident of the State of Mississippi.

   b. Defendant Willow Wood Apartments TC, L.P. is a Delaware limited partnership whose General Partner is Michaels Willow Wood, LLC and whose limited partner is a non-resident of the state of Mississippi.

   c. Pursuant to 28 U.S.C. § 1441(b)(1), the Defendants sued under fictitious names – John Does 1 – 5 – are disregarded for the purpose of diversity jurisdiction.

   d. As shown above, complete diversity of citizenship exists between the properly joined and served Defendants and the Plaintiff.

5. The amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. The Plaintiff is seeking an amount in excess of $3,000,000.00

6. In accordance with 28 U.S.C. § 1446(b)(2)(A), all properly joined and served Defendants have joined in and/or consented to this removal.

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is filed within thirty (30) days of Defendant's receipt of a copy of the Amended Complaint.

8. In accordance with 28 U.S.C. § 1446(d), written notice of this Notice of Removal is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the State Court in which the action was originally filed.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Notice of Removal, together with the Exhibit hereto, be received and filed, and that the Circuit Court of Yazoo County, Mississippi, proceed no further herein.

**RESPECTFULLY SUBMITTED**, this the 10th day of June, 2019.

    **WILLOW WOOD APARTMENTS, TC, L.P., DEFENDANT**

    BY: /s/ *Louis G. Baine, III*
        LOUIS G. BAINE, III
        JAMES H. HALL

OF COUNSEL:

LOUIS G. BAINE, III (MSB# 1705)
lbaine3@pagekruger.com
JAMES H. HALL (MSB# 100303)
jhall@pagekruger.com
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 1163
Jackson, Mississippi 39215-1163
Phone: (601) 420-0333
Facsimile: (601) 420-0033

### CERTIFICATE OF SERVICE

I, the undersigned attorney for Defendant, hereby certify that I have this day caused to be served, via U.S. mail and the Court's ECF System, a true and correct copy of the above and foregoing document to:

Bradford J. Blackmon
Edward Blackmon, Jr.
Blackmon & Blackmon, PLLC
P. O. Drawer 105
Canton, MS  39046

SO CERTIFIED this 10th day of June, 2019.

    s/ *Louis G. Baine, III*
    LOUIS G. BAINE, III